# UNITED STATES DISTRICT COURT
# DISTRICT OF MINNESOTA

| | |
|---|---|
| Aaron Lewicki and Dustin Pender, | Civil No. 12-1235 (RHK/JJK) |
| Plaintiffs, | **ORDER** |
| vs. | |
| Evergreen Alliance Golf Limited, L.P. d/b/a Majestic Oaks Golf Club, Radisson Property Management, Inc. and Brad Dunham, individually, | |
| Defendants. | |

Pursuant to the Notice of Dismissal Without Prejudice (Doc. No. 9), **IT IS ORDERED** that Defendant Evergreen Alliance Golf Limited, L.P. d/b/a Majestic Oaks Golf Club (only), is **DISMISSED WITHOUT PREJUDICE** and without further costs to Plaintiffs and their attorneys.

Dated:  July 19, 2012

                                                          s/Richard H. Kyle  
                                                          RICHARD H. KYLE  
                                                          United States District Judge